*Humphrey* and *Edwin H. Cassels* for respondents.

No. 355. I. G. FARBENINDUSTRIE *v.* LACY. October 20, 1930. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Livingston Gifford* and *Wm. E. Warland* for petitioner. *Mr. Julian S. Wooster* for respondent.

No. 357. WOOD ET AL. *v.* SALT RIVER VALLEY WATER USERS ASSN. INC. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John W. Ray* for petitioners. *Messrs. Walter Bennett, John L. Gust,* and *Frank O. Smith* for respondent.

No. 359. FLORIDA EAST COAST RY. CO. *v.* CLARK, ADMINISTRATRIX. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert H. Anderson* for petitioner. *Mr. George C. Bedell* for respondent.

No. 363. LENSING, RECEIVER, *v.* RAYZOR. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. B. Stroud, Jr.,* for petitioner. *Mr. J. Newton Rayzor* for respondent.

No. 364. EX PARTE FRANTZ. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Russell S. Ritz* for petitioner.